IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES V. FRAZIER,

      Petitioner,

                                JUDGMENT IN A CIVIL CASE

v.
                                  Case No. 10-cv-293-bbc

JIM WHITEHEAD, Warden FCI
Cumberland, Maryland,

      Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing James Frazier's petition for a writ of habeas

corpus under 28 U.S.C. § 2255(e).


_Peter Oppeneer_                 9/13/10

Peter Oppeneer, Clerk of Court            Date